# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| CIT BANK, N.A., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | |
| COY CONSTRUCTION, LLC, | § | |
| GARET COY, and MARIAH COY, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

### AFFIDAVIT OF AMY LAVOIE

STATE OF New Hampshire §
§
COUNTY OF Rockingham §

Before me, the undersigned notary, on this day personally appeared Amy Lavoie, known to me to be the person whose name is subscribed to this instrument and having been duly sworn, upon oath did depose and state as follows:

My name is Amy Lavoie. I am over eighteen (18) years of age, I am employed as the Legal Collection Manager at CIT Bank, NA ("CIT"), and am fully competent and authorized to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

I am a custodian of records for CIT. The documents attached hereto are true and correct copies of records that are kept by CIT in the ordinary course of its business. It was in the regular course of business for an employee or representative of CIT who had knowledge of the act, event, condition, or opinion recorded, to transmit information to be included in such record. The record was made at or near the time of the act condition, or opinion recorded or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals.

On or about August 23, 2018, CIT and Coy Construction, LLC ("Coy Construction") executed an agreement to finance the purchase of the following equipment:

John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798 (the "Grader")

1

A true and correct copy of the Master EFA Agreement is attached hereto as **Exhibit A-1**. Coy Construction agreed to make monthly payments of $3,167.13 for 60 months, plus interest.

A true and correct copy of the UCC Financing Statement associated with the purchase of the Grader is attached hereto as **Exhibit A-2**.

CIT defaulted on the terms of the Master EFA Agreement. CIT sent Coy Construction a Notice of Intent to Accelerate on January 8, 2021, indicating that $14,053.57 was due and owing immediately. A true and correct copy of the Notice of Intent to Accelerate is attached hereto as **Exhibit A-3**.

Coy Construction did not pay the outstanding amounts owed. CIT accelerated the amounts due under the Master EFA Agreement on January 15, 2021. A true and correct copy of the Notice of Acceleration is attached hereto as **Exhibit A-4**. To date, Coy Construction has not paid the accelerated amount due. Further, the Guarantors Garet Coy and Mariah Coy have not paid the accelerated amount due for the Grader.

At this time, the total amount due and owing under the Master EFA Agreement is $109,507.87. According to CIT's records, all lawful offsets, payments, and credits have been applied to the account in default. Notice to cure was sent to Coy Construction, and the opportunity to cure has expired.

Coy Construction has been delinquent for over five (5) months. CIT gave Coy Construction multiple opportunities to become current but Coy Construction has not made a single payment since September of 2020. Therefore, Coy Construction has been untruthful in its communications with CIT. CIT asked Coy Construction to voluntarily surrender possession of the Grader and Coy Construction declined to do so. Further, CIT attempted to repossess the Grader and Coy Construction obstructed CIT's attempt to peacefully obtain possession of the Grader, making legal action necessary. The Grader is easily removed or can be concealed, frustrating CIT's legitimate lien rights.

Executed in the State of New Hampshire on the 9 day of March, 2021.

_____
Amy Lavoie

SWORN AND SUBSCRIBED before me by Amy Lavoie on this 9 day of March, 2021.

_____
Notary Public in and for
The State of New Hampshire

My Commission Expires: 05/03/22

BRIAN J. KNOX, Notary Public
State of New Hampshire
My Commission Expires May 3, 2022

2