IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **CIT BANK, N.A.**, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:21-cv-42 |
| | § | |
| **COY CONSTRUCTION, LLC,** | § | |
| **GARET COY, and MARIAH COY,** | § | |
| | § | |
| *Defendants.* | § | |

### REQUEST FOR HEARING

Plaintiff CIT Bank, NA ("CIT") filed an Ex Parte Motion Application for Pre-Judgment Writ of Sequestration and Order of Sale of Property (Doc. 3) (the "Motion") with this Court on March 12, 2021. CIT requests that the Motion be set for an ex parte hearing to be heard telephonically or by remote video conference at the Court's earliest convenience. CIT is agreeable to a magistrate judge for the hearing.

Respectfully submitted,



By: ___/s/ S. David Smith___
**S. David Smith**
Texas Bar No. 18682550
Fed. I.D. No. 14233
sdsmith@bradley.com
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0307 Telephone
(713) 576-0301 Telecopier

***ATTORNEYS FOR PLAINTIFF***

4849-6381-4625.1

OF COUNSEL:

**MELISSA S. GUTIERREZ**
Texas Bar No. 24087648
Fed. I.D. No. 2255351
mgutierrez@bradley.com
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300
(713) 576-0301

4849-6381-4625.1