IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**FILED**
May 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____S.E._____
DEPUTY

| | |
|---|---|
| **CIT BANK, NA,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | MO:21-CV-00042-DC |
| § | |
| **COY CONSTRUCTION, LLC, GARET** § | |
| **COY, and MARIAH COY,** § | |
| *Defendants*. § | |

## WRIT OF SEQUESTRATION

**TO THE UNITED STATES MARSHAL:**

On March 12, 2021, an Ex Parte Application for a Writ of Sequestration was filed in the United States District Court for the Western District of Texas, Midland/Odessa Division in the above-captioned cause in favor of Plaintiff CIT Bank, NA, and against Defendants Coy Construction, LLC, Garet Coy, and Mariah Coy (collectively, the Defendants) for a John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798.

On April 15, 2021, the Court, having reviewed the Application for Writ of Sequestration, allowed the Writ of Sequestration to issue as to the John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to proceed without delay to execute this writ. You are ordered to sequester forthwith the John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798 currently owned by Defendant Coy Construction, LLC and stored at 14 Santa Elena Court, Odessa, Texas 79765 or wherever it may be found, and that you keep and secure in your hands the John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798 so attached, unless replevied, that the same may be liable to further proceedings thereon to be had before the Court.

YOU ARE FURTHER COMMANDED after executing the Writ of Sequestration, to return the writ with your action endorsed thereon or attached thereto and signed by the deputy marshal, to the Court within five (5) days after the date of the execution. The return shall describe the property sequestered with sufficient certainty to identify it and shall state the location where it was sequestered, and the date and time it was sequestered. If no property was sequestered, the return shall so state.

**TO DEFENDANTS:**

**YOU HAVE THE RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.**

*S. Enriquez* (signature)

UNITED STATES DISTRICT CLERK

S. Enriquez
PRINTED NAME

May 12, 2021
DATE

**RETURN**

I certify the attached writ of sequestration was received and executed by the United States Marshal as follows:

DATE OF EXECUTION OF THE WRIT: _____

TIME OF EXECUTION OF THE WRIT: _____

PROPERTY SEIZED PURSUANT TO THIS WRIT: _____

_____

_____

LOCATION WHERE THE PROPERTY WAS SEQUESTERED: _____

_____

_____

_____
SIGNATURE OF DEPUTY UNITED STATES MARSHAL

_____
PRINTED NAME

_____
DATE