FILED
May 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____S.E._____
           DEPUTY

CIVIL ACTION NO. 7:21-cv-42

| | |
|---|---|
| CIT BANK, N.A., | ) IN THE U.S. DISTRICT COURT |
| Plaintiff, | ) |
| vs. | ) WESTERN DISTRICT OF TEXAS |
| COY CONSTRUCTION, LLC, GARET COY, and MARIAH COY, | ) |
| Defendant(s). | ) MIDLAND-ODESSA DIVISION |

## PLAINTIFF'S BOND FOR SEQUESTRATION AND REPLEVY OF PERSONAL PROPERTY

WE, CIT BANK, N.A., as principal and Washington International Insurance Company, as Surety, are bound to COY CONSTRUCTION, LLC, GARET COY, and MARIAH COY, ("obligee"), in the sum of $5,000.00 for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if the principal prosecutes its suit to effect and pays to the extent of the penal amount of the bond all damages and costs as may be adjudged against it for wrongfully suing out such writ of sequestration, then this bond is void, otherwise it remains in force.

This bond is further conditioned that in the event Defendant fails to replevy the property sequestered within 10 days of the levy of the writ of Sequestration and service of notice upon defendant to wit that certain John Deere 672GP Motor Grader bearing a Serial Number of 1DW672GPVBE641798 and Plaintiff takes delivery of said property pursuant to Rule 708 of the Texas Rules of Civil Procedure, Plaintiff will have the sequestered property, in the same condition as when it is replevied, together with the value of its fruits, hire or revenue, forthcoming to abide the decision of the Court; or that Plaintiff will pay its value, or the difference between its value at the time of replevy and the time of judgment (regardless of the cause of the difference in value and of the fruits, hire or revenue of the same in case Plaintiff is condemned to do so).

WITNESS our hands this 22nd day of April, 2021     CIT BANK, N.A.

BOND NO.: 9196773                                                    _____
                                                                                      Plaintiff

Washington International Insurance Company

_____
William Reidinger, Attorney-in-Fact


APPROVED BY ME ON THIS

_____ day of _____, 20____

_____
(Clerk)

State of ...Illinois.....................
County of .Cook....................... ss.:

**Surety Company Acknowledgment:**

On this ..22nd..........day of.April...........2021..., before me personally appeared....William Reidinger..............., to be known, whom being by me duly sworn, did depose and say: that he/she resides at..Schaumburg, IL........................................, that he/she is the..Attorney-In-Fact.......of...Washington International Insurance Company............, the corporation described in and which executed the annexed instrument; that he/she knows the corporate seal of said corporation that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; that he/she signed his/her name thereto by like order; and that the liabilities of said corporation do not exceed its assets as ascertained in the manner provided by law.

...... *[signature]* ......................
Notary Public in and for the above County and State.

My commission expires...02/23/2023..................

```
OFFICIAL SEAL
THOMAS GREEN
Notary Public – State of Illinois
My Commission Expires February 23, 2023
```

## SWISS RE CORPORATE SOLUTIONS

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

### GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Kansas City, Missouri, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Kansas City, Missouri, each does hereby make, constitute and appoint: William Reidinger

| | | | |
|---|---|---|---|
| Principal: | CIT BANK, N.A. | Bond Number: | 9196773 |
| Obligee: | COY CONSTRUCTION, LLC, GARET COY, and MARIAH COY | Bond Amount: | See Bond Form |
| Bond Description: | Plaintiff's Bond for Sequestration and Replevy of Personal Property | | |

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

FIFTY MILLION ($50,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 9th of May, 2012:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."



By _____
Steven P. Anderson, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
Michael A. Ito, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this __1st__ day of __February__, __2019__.

North American Specialty Insurance Company
Washington International Insurance Company

State of Illinois
County of Cook    ss:

On this __1st__ day of __February__, __2019__, before me, a Notary Public personally appeared __Steven P. Anderson__, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and __Michael A. Ito__, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

OFFICIAL SEAL
M. KENNY
Notary Public - State of Illinois
My Commission Expires
12/04/2021

M. Kenny, Notary Public

I, __Jeffrey Goldberg__, the duly elected __Assistant Secretary__ of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this __22nd__ day of __April__, __2021__.

Jeffrey Goldberg, Vice President & Assistant Secretary of
Washington International Insurance Company & North American Specialty Insurance Company