MAY 27 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CIT BANK, N.A., | MO:CV-00042-DC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| COY CONSTRUCTION, LLC. GARET COY, AND MARIAH COY | WRIT OF SEQUESTRATION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Deere 672GP Motor Grader 1DW672GPVBE641798

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
31 ROYAL MANOR ODESSA, TEXAS 79765

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Bradley Arant Boult Cummings LLP
attn: David Smith or Matthew Hu
Chase Tower, 600 Travis Street, Suite 4800
HOUSTON, TEXAS 77002

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

14 SANTA ELENA ODESSA, TEXAS
31 ROYAL MANOR ODESSA, TEXAS

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *S. David Smith* | | 713.576.0307 | 5/26/2021 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. **H80** | No. **H80** | *Brent N. Sheets* | 05/25/2021 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am |
|---|---|---|---|
| **Garet Coy** | **05/25/2021** | **12:00** | ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| **31 Royal Manor Odessa, Texas 79765** | *Brent N. Sheets* |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
05/17-Unsuccessful attempt to locate at 14 Santa Elena Odessa, Texas

05/18-Unsuccessful attempt to locate at 31 Royal Manor Odessa, Texas

5/19-Unsuccessful attempt to locate at 31 Royal Manor Odessa, Texas. Deputies attempted to follow Garet Coy but he started driving very fast and erratically.

5/24-SDUSM Sheets and DUSM Easley contacted Garet Coy at 31 Royal Manor Odessa, Texas. Coy gave location of Motor Grader. Ward County S.O. confirmed its location.

05/25-SDUSM Sheets and DUSM Easley met Interstate Heavy Haulers to pick-up equipment in Wickett, Texas.

Form USM-285
Rev. 03/21

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals
Service

**Process 080-7:2021-CV-00042-1 | Cost Worksheet**
Printed on: 05/27/2021

---

**PROCESS INFORMATION**

| | | | |
|---|---|---|---|
| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
| CV - Civil | W/TX - MIDLAND | W/TX - MIDLAND | CIT BANK, NA v. COY CONTRUCTION LLC; GARET COY AND MARIAH COY |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | OrderSequestration | COY CONTRUCTION, LLC |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 05/12/2021 15:45 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 05/17/2021 09:00 CDT | In-person Endeavor | | $0.00 | $211.80 |
| | Personnel Charges | $195.00 | | |
| | Mileage Charges | $16.80 | | |
| 05/18/2021 12:03 CDT | In-person Endeavor | | $0.00 | $212.92 |
| | Personnel Charges | $195.00 | | |
| | Mileage Charges | $17.92 | | |
| 05/19/2021 12:12 CDT | In-person Endeavor | | $0.00 | $815.84 |
| | Personnel Charges | $780.00 | | |
| | Mileage Charges | $35.84 | | |
| 05/24/2021 12:24 CDT | In-person Endeavor | | $0.00 | $277.92 |
| | Personnel Charges | $260.00 | | |
| | Mileage Charges | $17.92 | | |
| 05/25/2021 11:03 CDT | Served | | $0.00 | $559.20 |
| | Personnel Charges | $520.00 | | |
| | Mileage Charges | $39.20 | | |

| **Total Costs** | | | **$0.00** | **$2,077.68** |
|---|---|---|---|---|

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$2,077.68** |
| **Remaining Process to Serve:** | |

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**
**Confidentiality Notice:** This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

CONTROLLED/CHRI

**U.S. Department of Justice**
United States Marshals
Service

**Process 080-7:2021-CV-00042-1 | Cost Worksheet**

Printed on: 05/27/2021

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Confidentiality Notice:** This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Printed By District: W/TX

Page 2 of 2



**U.S. Department of Justice**
United States Marshals
Service

**Process 080-7:2021-CV-00042-1 | Service Action Log**
Printed on: 05/27/2021

**SERVICE ACTION LOG REPORT**

| Date/Time of Action | Service Action | District | District Office | Performed By | Expense Total |
|---|---|---|---|---|---|
| 05/12/2021 15:45 CDT | Assigned for Personal Service | W/TX | MIDLAND | DE LOS RIOS, ANA | $0.00 |
| 05/17/2021 09:00 CDT | In-person Endeavor | W/TX | MIDLAND | SHEETS, BRENT | $211.80 |
| 05/18/2021 12:03 CDT | In-person Endeavor | W/TX | MIDLAND | SHEETS, BRENT | $212.92 |
| 05/19/2021 12:12 CDT | In-person Endeavor | W/TX | MIDLAND | SHEETS, BRENT | $815.84 |
| 05/24/2021 12:24 CDT | In-person Endeavor | W/TX | MIDLAND | SHEETS, BRENT | $277.92 |
| 05/25/2021 11:03 CDT | Served | W/TX | MIDLAND | SHEETS, BRENT | $559.20 |

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
**Confidentiality Notice:** This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

CONTROLLED/CHRI

**U.S. Department of Justice**
United States Marshals
Service

**Process 080-7:2021-CV-00042-1 | Service Action Log**
Printed on: 05/27/2021

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
**Confidentiality Notice:** This report contains unclassified information of a sensitive, proprietary, health-data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**FILED**

May 12, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ S.E. _____

DEPUTY

CIT BANK, NA,
        *Plaintiff,*

v.

COY CONSTRUCTION, LLC, GARET
COY, and MARIAH COY,
        *Defendants.*

§
§
§
§
§
§
§
§
§

**MO:21-CV-00042-DC**

## WRIT OF SEQUESTRATION

**TO THE UNITED STATES MARSHAL:**

On March 12, 2021, an Ex Parte Application for a Writ of Sequestration was filed in the United States District Court for the Western District of Texas, Midland/Odessa Division in the above-captioned cause in favor of Plaintiff CIT Bank, NA, and against Defendants Coy Construction, LLC, Garet Coy, and Mariah Coy (collectively, the Defendants) for a John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798.

On April 15, 2021, the Court, having reviewed the Application for Writ of Sequestration, allowed the Writ of Sequestration to issue as to the John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to proceed without delay to execute this writ. You are ordered to sequester forthwith the John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798 currently owned by Defendant Coy Construction, LLC and stored at 14 Santa Elena Court, Odessa, Texas 79765 or wherever it may be found, and that you keep and secure in your hands the John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798 so attached, unless replevied, that the same may be liable to further proceedings thereon to be had before the Court.

YOU ARE FURTHER COMMANDED after executing the Writ of Sequestration, to return the writ with your action endorsed thereon or attached thereto and signed by the deputy marshal, to the Court within five (5) days after the date of the execution. The return shall describe the property sequestered with sufficient certainty to identify it and shall state the location where it was sequestered, and the date and time it was sequestered. If no property was sequestered, the return shall so state.

**TO DEFENDANTS:**

> **YOU HAVE THE RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.**

_____
UNITED STATES DISTRICT CLERK

S. Enriquez
_____
PRINTED NAME

May 12, 2021
_____
DATE

## <u>RETURN</u>

I certify the attached writ of sequestration was received and executed by the United States Marshal as follows:

DATE OF EXECUTION OF THE WRIT: _____ 5-25-2021 _____

TIME OF EXECUTION OF THE WRIT: _____ 12:00 pm _____

PROPERTY SEIZED PURSUANT TO THIS WRIT: _____ John Deere 672 GP Motor Grader _____
_____ 1DW672GPV BE641179X _____

_____

LOCATION WHERE THE PROPERTY WAS SEQUESTERED: _____

_____ 7141 Club Drive oDessA, Texas 79762 _____

_____

_____ *Brent Sheets* _____
SIGNATURE OF DEPUTY UNITED STATES MARSHAL

_____ Brent Sheets _____
PRINTED NAME

_____ 5-25-2021 _____
DATE

**FILED**

May 12, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

CIVIL ACTION NO. 7:21-cv-42

BY: _____ S.E. _____
                        DEPUTY

|  |  |  |
|---|---|---|
| CIT BANK, N.A., | ) | IN THE U.S. DISTRICT COURT |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | WESTERN DISTRICT OF TEXAS |
|  | ) |  |
| COY CONSTRUCTION, LLC, | ) |  |
| GARET COY, and MARIAH COY, | ) |  |
|  | ) |  |
| Defendant(s). | ) | MIDLAND-ODESSA DIVISION |
|  | ) |  |

## PLAINTIFF'S BOND FOR SEQUESTRATION
## AND REPLEVY OF PERSONAL PROPERTY

WE, CIT BANK, N.A., as principal and Washington International Insurance Company, as Surety, are bound to COY CONSTRUCTION, LLC, GARET COY, and MARIAH COY, ("obligee"), in the sum of $5,000.00 for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if the principal prosecutes its suit to effect and pays to the extent of the penal amount of the bond all damages and costs as may be adjudged against it for wrongfully suing out such writ of sequestration, then this bond is void, otherwise it remains in force.

This bond is further conditioned that in the event Defendant fails to replevy the property sequestered within 10 days of the levy of the writ of Sequestration and service of notice upon defendant to wit that certain John Deere 672GP Motor Grader bearing a Serial Number of 1DW672GPVBE641798 and Plaintiff takes delivery of said property pursuant to Rule 708 of the Texas Rules of Civil Procedure, Plaintiff will have the sequestered property, in the same condition as when it is replevied, together with the value of its fruits, hire or revenue, forthcoming to abide the decision of the Court; or that Plaintiff will pay its value, or the difference between its value at the time of replevy and the time of judgment (regardless of the cause of the difference in value and of the fruits, hire or revenue of the same in case Plaintiff is condemned to do so).

WITNESS our hands this 22nd day of April, 2021

BOND NO.: 9196773

Washington International Insurance Company

CIT BANK, N.A.

Plaintiff _____

_____
William Reidinger, Attorney-in-Fact

APPROVED BY ME ON THIS

_____day of _____, 20____

_____  _____
(Clerk)

State of ....Illinois......................

County of ..Cook........................ ss.:

**Surety Company Acknowledgment:**

On this ..22nd............day of..April..........2021.., before me personally appeared....William Reidinger..............., to be known, whom being by me duly sworn, did depose and say: that he/she resides at..Schaumburg, IL............................................., that he/she is the..Attorney-In-Fact.......of...Washington International.......Insurance Company.........., the corporation described in and which executed the annexed instrument; that he/she knows the corporate seal of said corporation that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; that he/she signed his/her name thereto by like order; and that the liabilities of said corporation do not exceed its assets as ascertained in the manner provided by law.

........................................................
Notary Public in and for the above County and State.

My commission expires..02/23/2023...................

OFFICIAL SEAL
THOMAS GREEN
Notary Public – State of Illinois
My Commission Expires February 23, 2023

**SWISS RE CORPORATE SOLUTIONS**

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

### GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Kansas City, Missouri, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Kansas City, Missouri, each does hereby make, constitute and appoint: William Reidinger

| Principal: | CIT BANK, N.A. | Bond Number: | 9196773 |
| Obligee: | COY CONSTRUCTION, LLC, GARET COY, and MARIAH COY | Bond Amount: | See Bond Form |
| Bond Description: Plaintiff's Bond for Sequestration and Replevy of Personal Property | | | |

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

**FIFTY MILLION ($50,000,000.00) DOLLARS**

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 9th of May, 2012:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
Michael A. Ito, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 1st day of February, 2019.

**North American Specialty Insurance Company**
**Washington International Insurance Company**

State of Illinois
County of Cook      ss:

On this 1st day of February, 2019, before me, a Notary Public personally appeared Steven P. Anderson, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and Michael A. Ito, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

OFFICIAL SEAL
M. KENNY
Notary Public - State of Illinois
My Commission Expires
12/24/2021

_____
M. Kenny, Notary Public

I, Jeffrey Goldberg, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 22nd day of April, 2021.

_____
Jeffrey Goldberg, Vice President & Assistant Secretary of
Washington International Insurance Company & North American Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| CIT BANK, N.A., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:21-cv-42 |
| | § | |
| COY CONSTRUCTION, LLC, | § | |
| GARET COY, and MARIAH COY, | § | |
| | § | |
| *Defendants.* | § | |

## DECLARATION OF ANITA BYRAM

1.      My name is Anita Byram. My date of birth is February 6, 1970, and my address is P.O. Box 69894, Odessa, TX 79769. I declare under penalty of perjury that the foregoing is true and correct. The facts stated in this declaration are within my personal knowledge and are true and correct. I am the Odessa Office Manager of Thompson Wrecker and make this declaration within my authority as the Odessa Office Manager.

2.      As the Odessa Office Manager, I have access to, have reviewed, and am familiar with the coordination of repossessions of Thompson Wrecker.

3.      On December 28, 2020, CIT Bank, N.A. retained Thompson Wrecker to repossess a John Deere 672GP Motor Grader, SN: 1DW672GPVBE641798 from Heavy Equipment Co. (the "Grader").

4.      On December 28, 2020, a driver of Thompson Wrecker, Stormy Harper, looked for the Grader at 14 Santa Elena Court, Odessa, Texas 79765. Mr. Harper advised that the location is not big enough to have the Grader on it. Also, he was unable to gain access to at 31 Royal Manor Dr., Odessa, Texas 79765, because he did not have access to the key code entry to the gated community.

5.      A week after December 28, 2020, Brian Spann, Company Owner of Thompson Wrecker, tried to look for the Grader at 14 Santa Elena Court, Odessa, Texas 79765. He was advised that the location is not big enough to have the Grader on it. Mr. Spann was able to access the gated community and inspect 31 Royal Manor Dr., Odessa, Texas 79765. There was an 8-10 foot high metal fence around the backyard where there is a Caterpillar yellow piece of equipment, but Mr. Spann believes it is not big enough to be the Grader. Mr. Spann could only see the top 3 inches of the unit.

6.      I have tried to contact via telephone and text message Coy Construction, LLC, Garet Coy, and Mariah Coy (collectively, "Borrowers"), at 432-661-9790 everyday since for two

Page 1 of 2



EXHIBIT
1

weeks after we received orders in December, at which time Darshana Ramirex with CR2 advised me to close the repossession request.

7.    Thompson Wrecker was instructed to make another attempt to repossess the Grader on March 11, 2021.

8.    I went to 14 Santa Elena Court, Odessa, Texas 79765, and I believe that the location is not big enough to have the Grader on it. I was able to access the gated community and inspect 31 Royal Manor Dr., Odessa, Texas 79765. There was an 8-10 feet high metal fence around the backyard where there is a Caterpillar yellow piece of equipment. I am not sure it is the grader, as I could only see the top 3 inches of the unit.

I swear that the foregoing is true and correct under penalty of perjury.

*Anita Byram*

Name:                                    Anita
Byram

By: Thompson Wrecker

Its: Odessa Office Manager

Executed in Ector County, State of TX on the 24th day of March, 2021.